UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

CHARLES FORTENBERRY, Jr.       )
                               )
v.                             )     NO. 2:05-CV-42
                               )
SHERIFF JOHN HENSON,           )
WENDELL TREADWAY, Jail Adm'r,  )
and TOMMY SKEANS, Former Jailer )

## ORDER

In accordance with the accompanying memorandum and order, this prisoner's pro se civil rights action under 42 U.S.C. § 1983 is **DISMISSED** for failure to exhaust administrative remedies. 42 U.S.C. § 1997e. The Court **CERTIFIES**, for reasons stated in the memorandum, that any appeal taken in this matter would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Finally, the Court **DECLINES** to exercise jurisdiction over any state law claims asserted in this action as all federal claims lack merit, See *United Mine Workers v. Gibbs*, 383 U.S. 715, 726 (1966), and they are **DISMISSED WITHOUT PREJUDICE**. 28 U. S. C. § 1367(c)(3).

ENTER:

       s/Thomas Gray Hull
    THOMAS GRAY HULL
     SENIOR U. S. DISTRICT JUDGE